## FERGUSON v. WILLIAMS

No. 80P91

Case below: 101 N.C.App. 265

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

## FRYE v. KELLEY

No. 528A90

Case below: 100 N.C.App. 332

Appeal by defendant (John Bowen II) dismissed 3 April 1991.

## GEORGE SHINN SPORTS, INC. v. BAHAKEL SPORTS, INC.

No. 486P90

Case below: 99 N.C.App. 481

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

## GRIFFITHS v. STERLING

No. 406P90

Case below: 99 N.C.App. 582

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.

## INTEGON GENERAL INS. CORP. v. UNIVERSAL UNDERWRITERS INS. CO.

No. 44P91

Case below: 101 N.C.App. 242

Petition by plaintiff (Integon) for discretionary review pursuant to G.S. 7A-31 denied 3 April 1991.